UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
WILLIAM M. NICKERSON
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(301) 962-9810
FTS 922-9810

March 20, 2002

Jimmy A. Bell, Esq.
Law Office
9610 Marlboro Pike
Upper Marlboro, MD 20772


Maureen M. Dove
Steven M. Sullivan
Randolph S. Sergent
200 St. Paul Place, 20th Floor
Baltimore, MD 21202


Robert A. Zarnoch
Kathryn M. Rowe
104 Legislative Services Building, Room 104
Annapolis, MD 21401


  Re: Mitchell v. Glendening
     Case No. WMN-02-602

Dear Counsel:

  Because of the unique nature of this case, I have decided that, rather than issuing a standard scheduling order, I am requesting that counsel confer with one another to provide the Court with a joint proposed scheduling order. It is my understanding that State Senate elections will take place this fall, with the Primary in early September. Given those time restrictions and the Court's schedule this summer, I anticipate that a trial in this case would have to take place no later than mid-July.

  Please include in your proposed scheduling order any deadlines necessary to ensure that this case will be ready for trial by July 15, 2002, at the latest. The order should be fashioned in accordance with Local Rule 103.9 and Federal Rule of Civil Procedure 16, and should incorporate deadlines for discovery procedures, dispositive motions, and any other steps anticipated by counsel.

  Please submit your joint scheduling order within one week of your receipt of this letter. If necessary, counsel may contact chambers to request a conference with the Court, either in

person or by telephone, to accomplish the scheduling process. In the event such a conference is necessary, it should be scheduled post haste.

                        Very truly yours,

                        William M. Nickerson
                        United States District Judge

WMN:sn

cc:    Court file