IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CLARENCE M. MITCHELL, IV,           *

         Plaintiff,                          *

v.                                              *   Civil Action No. WMN-02-CV602

PARRIS GLENDENING,                    *

         Defendant.
                          *   *   *   *   *

## JOINT ~~PROPOSED~~ SCHEDULING ORDER

| | |
|---|---|
| Report re deposition hours | April 9, 2002 |
| Plaintiff's Rule 26(a)(2) disclosures re experts | April 18, 2002 |
| Defendant's Rule 26(a)(2) disclosures re experts | May 3, 2001 |
| **Discovery deadline: Submission of status report** | May 17, 2002 |
| Plaintiff's motion for summary judgment due | May 31, 2002 |
| Defendant's opposition and cross motion for summary judgment due | June 14, 2002 |
| Plaintiff's opposition and reply due | June 21, 2002 |
| Defendant's reply | June 28, 2002 |



Pre-trial Order due					July 10, 2002

Trial							July 15, 2002


Date: 4/2/02				_____
						William M. Nickerson
						United States District Judge