J. JOSEPH CURRAN, JR.
Attorney General

CARMEN M. SHEPARD
DONNA HILL STATON
Deputy Attorneys General

**STATE OF MARYLAND**
**OFFICE OF THE ATTORNEY GENERAL**

TELECOPIER NO.

(410) 576-6955

WRITER'S DIRECT DIAL NO.

(410) 576-6330

March 29, 2002

The Honorable William M. Nickerson
United States District Court
  for the District of Maryland
U. S. Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

    Re: *Mitchell v. Glendening*, Civil Action No. WMN-02-CV602

Dear Judge Nickerson:

    We write in response to your letter dated March 20, 2002 and to respectfully request an additional working day to submit our proposed joint scheduling order. The parties have been in contact, but have not yet finalized the order's contents. With the Court's indulgence, we will submit our proposed order before the close of business on Monday.

    Thank you for your consideration of this matter.

                              Sincerely,

                              Maureen M. Dove, Esq.

                              Jimmy A. Bell, Esq.

" APPROVED " THIS 2nd DAY
OF April, 2002
UNITED STATES [...]