IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CLARENCE M. MITCHELL, IV,           *

                                                                   *

        Plaintiff,

                                                  *

v.

                                                  *   Civil Action No. WMN-02-CV602

PARRIS GLENDENING,

                                                  *

        Defendant.
                                    *    *    *    *    *

## JOINT ~~PROPOSED~~ REVISED SCHEDULING ORDER

| | |
|---|---|
| May 20, 2002 | Plaintiff's expert reports provided to defendant |
| May 21, 2002 | Deposition of Plaintiff Mitchell |
| May 23, 2002 | Plaintiff's proposed date for deposing State officials |
| May 29-30, 2002 | Deposition of plaintiffs' experts |
| June 6, 2002 | Plaintiff's proposed date for deposing State officials, pending Court's action of defendant's motion for protective order |
| June 12, 2002 | Deposition of defendant's expert |
| June 14, 2002 | Cross motions for summary judgment |
| June 21, 2002 | Oppositions |
| June 28, 2002 | Replies |
| July 10, 2002 | Pre-trial order |
| July 15, 2002 | Trial |

Date: 5/16/02

                                                                  _____
                                                                  William M. Nickerson
                                                                  United States District Judge

J. JOSEPH CURRAN, JR.
**Attorney General**

CARMEN M. SHEPARD
DONNA HILL STATON
**Deputy Attorneys General**



# STATE OF MARYLAND
## OFFICE OF THE ATTORNEY GENERAL

TELECOPIER NO.

(410) 576-6955

May 15, 2002

WRITER'S DIRECT DIAL NO.

(410) 576-6330

The Honorable William M. Nickerson
United States District Court
   for the District of Maryland
U. S. Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

     Re: *Mitchell v. Glendening*, Civil Action No. WMN-02-CV602

Dear Judge Nickerson:

     We write to inform you that discovery has not proceeded as quickly as we had projected and to respectfully request a joint revised scheduling order.

     With your permission, the parties propose the following schedule.

| Date | Event |
|---|---|
| May 20, 2002 | Plaintiff's expert reports provided to defendant |
| May 21, 2002 | Deposition of Plaintiff Mitchell |
| May 29-30 | Deposition of plaintiffs' experts |
| June 6, 2002 | Proposed plaintiff's depositions of state officials, depending on Court's ruling on Defendant's Motion for Protective Order |
| June 12, 2002 | Deposition of defendant's expert |
| June 14, 2002 | Cross motions for summary judgment |
| June 21, 2002 | Oppositions |
| June 28, 2002 | Replies |

May 15, 2002
Page 2 _____

    We are aware that Local Rule 105(c) requires that cross-motions be filed sequentially. However, we request that you permit a variation in this case, in order to preserve the trial date schedule.

    In addition, on May 10, 2002, Plaintiff served the Attorney General's Office with notices of deposition for Governor Parris Glendening, Senator Thomas V. Miller, Delegate Casper Taylor, and Montgomery County Councilman Isaiah "Ike" Leggett, members of the Governor's Redistricting Advisory Committee; on May 13, 2002, Karl Aro, Executive Director of the Maryland General Assembly's Department of Legislative Services, was added. As counsel for Plaintiff is aware, counsel for Defendant is today filing a motion for protective order regarding these depositions.

    Thank you for your consideration of this matter.

                                      Sincerely,

                                      Maureen M. Dove, Esq.

                                      Jimmy A. Bell, Esq.