IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CLARENCE MITCHELL, IV           :
                                :
v.                              :     Civil Action WMN-02-602
                                :
PARIS GLENDENING                :

ORDER

Pursuant to the foregoing Memorandum, and for the reasons stated therein, IT IS this 3rd day of June, 2002, by the United States District Court for the District of Maryland, ORDERED:

1. That Defendant's Motion for Protective Order to Quash Notice of Depositions, Paper No. 8, is hereby GRANTED, in that the notices of the depositions of Governor Paris Glendening, State Senator Thomas V. Mike Miller, Jr., Delegate Casper R. Taylor, Jr., Isaiah "Ike" Leggett, and Karl S. Aro are hereby quashed; and

2. That the Clerk of the Court shall mail or transmit copies of this Memorandum and Order to all counsel of record.

_____
William M. Nickerson
United States District Judge

