IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CLARENCE MITCHELL, IV        :

                                :

v.                           Civil Action WMN-02-602

                                :

PARIS GLENDENING            :

## ORDER

Defendant has moved to dismiss this challenge under the Voting Rights Act for lack of justiciability. The motion is unopposed. Having reviewed Defendant's motion, and having concluded that Plaintiff's Complaint has been rendered moot by the redrawing of the boundaries of legislative district 44 by the Maryland Court of Appeals, the Court will dismiss the above-captioned matter with prejudice. Accordingly, IT IS this 8th day of July, 2002, by the United States District Court for the District of Maryland, ORDERED:

1. That Defendant's Motion to Dismiss for Lack of Justiciability, Paper No. 18, is hereby GRANTED, in that this case is hereby dismissed with prejudice;

2. That Defendant's Motion to Prohibit Plaintiff's Use of Undisclosed Expert Testimony, Paper No. 16, is hereby DENIED as moot;

3. That this case is hereby CLOSED;

4.  That any and all prior rulings made by this Court disposing of any claims against any parties are incorporated by reference herein and this order shall be deemed to be a final judgment within the meaning of Fed. R. Civ. P. 58; and

5. That the Clerk of the Court shall mail or transmit copies of this order to all counsel of record.

_____
William M. Nickerson
United States District Judge